___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: SUSETTA WILSON**  **CHAPTER 13**

**DEBTOR**  **CASE NO. 18-13854-JDW**

## ORDER GRANTING MOTION TO MODIFY [DKT. # 25]

This matter came before the Court upon the Motion of the Debtor, Susetta Wilson, requesting the issuance of an order directing modification of Chapter 13 Plan after confirmation, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS, THEREFORE, ORDERED**, that Debtor's Confirmed Chapter 13 Plan (Dkt. #19) is modified to reduce the distribution to unsecured creditors to the amount already paid, and a cessation of future payments to general unsecured creditors.

#ENDOFORDER#

**Submitted by:**
**/s/Robert H. Lomenick**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/karen.schneller@gmail.com**
**rlomenick@gmail.com**
**ATTORNEYS FOR DEBTOR**